UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY BANK OF THE MIDWEST, successor by merger to ALLEGIANT BANK, )<br><br>Plaintiff(s), )<br><br>Vs. )<br><br>SARAH JO MORGAN, et al., )<br><br>Defendant(s). ) | Case No. 1:06CV97RWS |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion to stay these proceedings [#8] is **GRANTED**.

Dated this 18th day of September, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE